UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
)
   Joseph S Beale, ) Case No. 04-8748
       Debtor ) **Chapter 7**
) Judge Bruce W. Black
_____ )
)
Debtor's Motion to Compel Trustee )
to Abandon Certain Life Estate Interest )
in Real Property Located at )
118 Sapodilla Drive, Islamorada, FL )
)

### FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before <u>January 11, 2005</u> a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court two copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial is set for <u>January 18, 2005</u>, at <u>1:15</u> p.m., at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, courtroom 615, Chicago, Illinois.

<u>An attorney who is a member of the trial bar under the provisions of Rule 2090-1 of the local Bankruptcy Rules of this Court shall participate in the trial.</u>

ENTER:

                        */s/ Bruce W. Black*
                             Judge

Dated: 12-27-04