## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOSEPH S. BEALE, | ) | Case No. 04 B 8748 |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |
| | ) | |

### ORDER APPROVING SETTLEMENT WITH MB FINANCIAL BANK, N.A.

This case coming to be heard on Trustee's Motion to Approve Settlement with MB Financial Bank, N.A. ("Motion") between Andrew J. Maxwell, Chapter 7 Trustee for this estate, and MB Financial Bank, N.A. ("MB"); at least twenty days notice of the Motion having been provided to the United States Trustee, MB through counsel, other creditors/parties in interest who are entitled to notice of pleadings filed in this case; good cause appearing to waive further notice, and the notice given being deemed to be sufficient notice; counsel for Trustee and MB having appeared; no objection to the relief sought having been filed or raised in open court; the relief requested appearing to be in the best interests of the estate, its creditors and all parties in interest; and the Court being advised in the premises of the Motion; it is, therefore

**ORDERED**, that:

1. The Trustee's request for entry of this order is granted;

2. Pursuant to Federal Rule of Bankruptcy Procedure 9019, the Trustee is authorized to settle the Adversary Proceeding (as defined in the Motion) by allowing MB Financial Bank, N.A. a general unsecured pre-petition claim in the amount of $300,000.00, which shall take the place of the current Claim (as defined in the Motion);

3. Without limiting the generality of the foregoing, Trustee is authorized to take all actions he deems necessary or required to consummate this settlement;

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation of this order; and

5. This is a final Order, effective immediately upon its entry by the clerk.

Prepared by:
Andrew J. Maxwell (ARDC #1799150)
Vikram R. Barad (ARDC #6277076)
Maxwell Law Group, LLC
105 W. Adams, Suite 3200
Chicago, IL 60603

E N T E R:

*Bruce W. Black*
United States Bankruptcy Judge

10/7/2009