**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 04 B 8748 |
| JOSEPH S. BEALE, | ) | Honorable Bruce W. Black |
| | ) | |
| Debtor. | ) | Hearing Date:  September 2, 2015 |
| | ) | Hearing Time: 10:00 a.m. |

**NOTICE OF MOTION**
**(FINAL APPLICATION OF MCGUIREWOODS LLP FOR**
**APPROVAL OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS COUNSEL FOR THE TRUSTEE)**

PLEASE TAKE NOTICE that on **Wednesday, September 2, 2015** at the hour of **10:00 a.m.**, McGuireWoods, LLP ("McGuireWoods") will appear before the Honorable Bruce W. Black, United States Bankruptcy Judge (or any judge who may be sitting in his stead) in Courtroom 719 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois, and present the **Final Application of McGuireWoods LLP for Approval of Compensation and Reimbursement of Expenses as Counsel for the Trustee and for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period November 1, 2014 through April 30, 2015 (the "Application")**. **McGuireWoods seeks $8,152.50 in compensation and $214.65 in expense reimbursement for the current compensation period and an order deeming final all orders previously granting McGuireWoods interim compensation and reimbursement of expenses.** A copy of the Application and supporting documentation has been filed with the Court and is available upon request to counsel for the Trustee at the address listed below or by electronic mail request to psmoots@mcguirewoods.com.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on September 2, 2015 you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing. If you do not object, the Court may grant the relief requested.

By: /s/ Patricia K. Smoots

Richard J. Mason, P.C. (ARDC #01787659)
Patricia K. Smoots (ARDC #06194076)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1815
(312) 849-8100

67235741_1

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that she caused copies of the foregoing **NOTICE OF MOTION FOR THE FINAL APPLICATION OF MCGUIREWOODS LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE** to be served on this 6th day of August, 2015 upon all parties on the attached Service List via United States mail, proper postage prepaid, and that she also filed with the Court the Notice and the referenced **FINAL APPLICATION OF MCGUIREWOODS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSEE AND FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2014 THROUGH APRIL 30, 2015**, in its entirety, which were served via the Court's electronic filing system on all parties who have consented to receipt of such service in this case.

                /s/ Patricia K. Smoots
                  Patricia K. Smoots

# **SERVICE LIST**

Aetna Life Insurance Co.
151 Farmington Ave. Rd 11
Hartford, CT 06156

Amalgamated Bank
One West Monroe
Chicago, IL 60603

Amalgamated Bank of Chicago
Michael L. Molinaro
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, IL 60602

Bankers Bank
7700 Mineral Point Rd.
Suite 310
Madison, WI 53717

Mary Beale
22 Kimberwick Court
Chagrin Falls, OH 44022

CA Franchise Tax Board
P.O. Box 2952
Sacramento, CA  95812-2952

Nicholas C. Dreher
Cades Schutte LLP
Cades Schutte Building
1000 Bishop Street, Suite 1200
P.O. Box 939
Honolulu, HI  96808
ndreher@cades.com
Fax:  808-521-9210

Calyon f/k/a Credit Agricole Indosuez
c/o William J. McKenna/Jill L. Ncholson
Foley & Lardner LLP
321 N. Clark St., Suite 2800
Chicago, IL  60610

Cambridge Partners & Associates, Inc.
500 N. Plum Grove Road
Palatine, IL 60067
Attn:  N. Lemperis

Anthony C. Campanale
Lucy Romo
Anthony Campanale & Associates
19 South LaSalle Street, #1500
Chicago, IL 60603
FAX:  312-641-0180
accampanale@acclaw.com
lromo@acclaw.com

Campus Hotels LLC
E Baker Jenner Jr.
823 Knightsbridge Court
Lake Forest, IL 60045

Spencer P. Desai
The Desai Law Firm LLC
7733 Forsyth Blvd., Suite 2075
St. Louis, MO  63105
FAX:  314/881-0820
sdesai@desailawfirmllc.com

Alvin J. Woolsey
101 S. Fort Lauderdale Beach Blvd.
Apt. 703
Ft. Lauderdale, FL  33316

K.J.L., Inc.
Attn: Catherine Luke, Treasurer
45 N. King Street, Suite 600
Honolulu, Hawaii 96817
Telephone: 808-524-0129
Fax:  808-524-0680

Cole Taylor Bank
P.O. Box 88481
Chicago, IL 60680-1481

Commercial Loan Corporation
c/o Steven R. Radtke
Chill Chill & Radtke
79 W. Monroe Street, Suite 1305
Chicago, IL  60603

Community Bank of Wheaton
357 Roosevelt Road
Glen Ellyn, IL  60137

Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago IL 60603
FAX: 312-641-7114
sclar@craneheyman.com

Credit Agricole
1301 Avenue of the Americas
New York, NY 10019-6022

Denis C.H. Leong
Michael A. Yoshida
Damon Key Leong Kupchak Hastert
1600 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813-3480
Fax: 808-533-2242
dchl@hawaiilawyer.com
may@hawaiilawyer.com

Abraham Brustein
Di Monte & Lizak LLC
216 Higgins Road
Park Ridge, IL 60068
FAX: 847-698-9623
abrustein@dimonteandlizak.com

Steven Christenholz
DLA Piper Rudnick Fray Cary US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Steven.Christenholz@dlapiper.com

Thomas Anthony Durkin
Janis D. Roberts
Durkin & Roberts
53 W. Jackson Blvd., Suite 615
Chicago IL 60604
FAX: 312-913-9235
tdurkin@durkinroberts.com
jdroberts@durkinroberts.com

Dennis E. Quaid
Thompson-Coburn-Fagel-Haber LLC
53 West Jackson Blvd., Suite 1442
Chicago, IL 60604
FAX: 312-427-1289
dquaid3@gmail.com

First Hawaiian Bank
999 Bishop Street
9th Floor
Honolulu, HI 96813

William J. McKenna
Jill L. Nicholson
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago IL 60610
FAX: 312-832-4700
wmckenna@foleylaw.com
jnicholson@foleylaw.com

Chester H. Foster, Jr.
Foster & Kallen
3825 W. 192nd Street
Homewood, IL 60430
FAX: 708-799-6339
chf@fosterkallen.com

Neal H. Levin
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago IL 60606-6677
FAX: 312-360-6573
nhlevin@freebornpeters.com

David R. Buetow
Fuchs & Rosell, Ltd.
440 West Randolph Street, Suite # 500
Chicago, IL 60606
Fax: 312/651-2499
dbuetow@frltd.com

Dennis Carlin
Andrew Weissman
Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite # 3700
Chicago, IL 60606
Fax: 312-569-3245
dennis.carlin@dbr.com
andrew.weissman@dbr.com

MB Financial Bank NA
c/o Robert W. Glantz
321 North Clark Street
Suite 800
Chicago, IL 60610

2

Gould & Ratner
c/o Mark Leipold
222 N. LaSalle Street, Eighth Floor
Chicago, IL 60601-1011
mleipold@gouldratner.com

Dean C. Harvalis
Assistant US Trustee
Office of the US Trustee
Northern District of IL
219 S. Dearborn Street, Room 873
Chicago IL 60604
FAX: 312-886-5794
Constantine.harvalis@usdoj.gov

Jonathan E. Strouse
Sara E. Lorber
Holland & Knight, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
FAX: 312-578-6666
Jonathan.strouse@hklaw.com
sara.lorber@hklaw.com

Clyde Kaneshiro
c/o Honolulu Disposal Service, Inc.
1169 Mikole Street
Honolulu, Hawaii, 96819

Howard Steinberg
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
hsteinberg@irell.com
Fax: 310-203-7199

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5016-CHI
230 S. Dearborn St.
Chicago, IL 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 West Adams Street, Suite 2300
Chicago, IL 60606-5208
Fax: 312-368-8710

Cole Taylor Bank
c/o Tina M. Jacobs, Jacobs & Pinta
77 W. Washington Street, Suite 1055
Chicago, IL 60602

Tina M. Jacobs
Jacobs & Pinta
77 W. Washington Street
Suite 1055
Chicago, IL 60602
Fax: 312-263-1055
tjacobs@jacobspinta.com

Mary Q. Beale
c/o Mark E. Shure
Keating & Shure Ltd.
150 N. Wacker Drive, Suite 1550
Chicago, IL 60606

Anita C. Kessler
27 West 145 Carrel Street
Winfield, IL 60190

Jonathan P. Friedland
Roger J. Higgins
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL 60601
jfriedland@kirkland.com
rhiggins@kirkland.com

KJL Inc.
45 N. King Street
Suite 600
Honolulu, HI 96817

Lake Forest Bank & Trust
727 N. Bank Lane
Lake Forest, IL 60045

Lenders Bank
P.O. Box 3516
Oak Brook, IL 60522

David J. Letvin
Letvin & Stein
541 N. Fairbanks Court, Suite 2121
Chicago, IL 60611
Phone: 312/527-2841
Fax:: 312-527-2818
Email: davidletvin@aol.com

3

67235741_1

Lake Forest Bank & Trust Company
c/o David J. Letvin
Letvit & Stein
541 North Fairbanks Court, Suite 2121
Chicago, IL 60611

Dr. Won Loh
1431 Wilderness Drive
Shererville, IN 46375

Lutheran Brotherhood
c/o Draper and Kramer
33 W. Monroe, Suite 2040
Chicago, IL 60603
Attn: Renee Moran

Andrew J. Maxwell
Maxwell & Potts
105 W. Adams Street, Suite 3200
Chicago IL 60603
FAX: 312-368-1080
Maxwellchicago@yahoo.com

MB Financial Bank
1200 North Ashland
Chicago, IL 60622

Mid-North Financial
205 W. Wacker Drive
Suite 202
Chicago, IL 60606

Harold L. Moskowitz
Law Offices of Harold L. Moskowitz
29 S. LaSalle Street, Suite 230
Chicago, IL 60603
FAX: 312-609-1089
hlmatty@aol.com

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
202-514-5238

Bryan Cave LLP
161 N Clark Street #4800
Chicago, IL 60601
Phone: (312) 602-5077
FAX: (312) 698-7477

Patrick G. Cooke
Marc Z. Samotny
Patzik, Frank & Samotny
150 S. Wacker Drive
Suite #1500
Chicago IL 60606
FAX: 312-551-1101
pcooke@pfs-law.com
msamotny@pfs-law.com

Marc I. Fenton
David N. Missner
Piper & Rudnick
203 N. LaSalle Street
Suite 1800
Chicago, IL 60601
FAX: 312630-5348
marc.fenton@piperrudnick.com
david.missner@piperrudnick.com

Heartland Bank
Spencer P. Desai
The Desai Law Firm LLC
7733 Forsyth Blvd., Suite 2075
St. Louis, MO 63105
FAX: 314/881-0820

James R. Carroll
Nicholas G. Grapsas
Quinlan & Carroll, Ltd.
30 North LaSalle Street
Suite 2900
Chicago, IL 60602
FAX: 312-263-5013
jcarroll@gclaw.com
ngrapsas@gclaw.com

Ronald S. Ratner
122 N. LaSalle Street
Suite 800
Chicago, IL 60601

Revolution Portfolio, LLC
c/o Union Financial Corporation
5510 Edson Lane
Rockville, MD 20852

4

67235741_1

Jeffrey D. Ganz
Riemer & Braunstein LLP
Three Center Plaza, Sixth Floor
Boston, Massachusetts 02108
PHONE: 617-880-3568
FAX: 617-692-3568
jganz@riemerlaw.com

Marc S. Lipinski
Donnelly, Lipinski & Harris, LLC
29 S. LaSalle Street, Suite 1210
Chicago, IL 60603
Phone: 312-564-5200
Fax: 312-564-5230
mlipinski@dlhlawoffices.com

Strategy Planning Associates Inc.
c/o Marc S. Lipinski
Donnelly, Lipinski & Harris, LLC
29 S. LaSalle Street, Suite 1210
Chicago, IL 60603

Robert W. Glantz
John M. Sheldon
Steven B. Towbin
James T. Teich
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: 312-541-0151
Fax: 312-980-3888
rglantz@shawgussis.com
jsheldon@shawgussis.com
stowbin@shawgussis.com
jteich@shawgussis.com

Robert E. Richards
Kenneth H. Hoch
Jerome M. Davis
Sonnenschein Nath & Rosenthall LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago IL 60606
FAX: 312-876-7934
rrichards@sonnenschein.com
khoch@sonnenschein.com
jmdavis@sonnenschein.com

Special Assets
7370 N. Cicero
Lincolnwood, IL 60712

State of Hawaii
Department of Taxation
P.O. Box 1425
Honolulu, HI 96806

State Tax Collector
Department of Taxation
P.O. Box 259
Honolulu, HI 96809
Attn: Bankruptcy Unit

United States Attorney
219 South Dearborn Street
Chicago, IL 60604
Fax: 312/353-2067

US Bank
Formerly First Bank
P.O. Box 64799
St. Paul, MN 55164-0799

Jaidev Watumull
c/o Jerrold K. Gubien Esq.
Reinwald O'Connor & Playdon
733 Bishop Street, Suite 2400
Honolulu, HI 96813

Aaron Chapin
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
achapin@reedsmith.com
FAX: 312/207-6400

Daniel A Zazove
Perkins Coie LLP
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559
dzazove@perkinscoie.com
Fax: 312/324-8605

Sally Reynolds
3125 Huelani Place
Honolulu, Hawaii 96822

5

67235741_1

Joseph Beale
676 N. Orleans
Chicago, IL 60610

Flower Bank fsb; Howard Savings;
Harvard Savings
c/o Flower Bank, fsb
c/o Alan B. Horn
538 Broadhollow Road
Melville, New York 11747

Steven R. Radtke
Chill, Chill & Radtke, P.C.
20 N. Clark Street, Suite 1425
Chicago, IL 60602

Synde B. Keywell
Neal, Gerber & Eisenberg, LLP
2 N. LaSalle Street, Suite 2200
Chicago, IL 60602

Synde B. Keywell
3656 W. Fullerton Ave., 1st floor
Chicago, IL 60647

Keevan Morgan
Morgan & Bley Ltd
900 W. Jackson Blvd, Suite 4E
Chicago, IL 60607

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Michael M. Schmahl
Pollick & Schmahl LLC
1319 N. Wood
Suite 3B
Chicago, IL 60622

Richard C. Friedman
302 17th St.
Wilmette, IL 60091-3224

6

67235741_1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 04 B 8748 |
| JOSEPH S. BEALE, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor. | ) | |
| | ) | Hearing Date: September 2, 2015 |
| | ) | Hearing Time: 10:00 a.m. |

**COVER SHEET FOR FINAL APPLICATION FOR APPROVAL OF
PROFESSIONAL COMPENSATION FOR MCGUIREWOODS LLP**

Name of Applicant:                                        McGuireWoods LLP

Authorized to Provide Professional Services to:           Andrew J. Maxwell, Ch.7 Trustee

Date of Retention Order:                                  May 13, 2004

Period for which Current Compensation:                    November 1, 2014, through
Is Sought                                                 April 30, 2015

Amount of Fees Sought:                                    $8,152.50

Amount of Expense Reimbursement Sought:                   $ 214.65

This is an:              Interim Application  ___        Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| September 6, 2005 **[Docket No. 281]** | May 13, 2004, through June 30, 2005 | $1,585,236.10 | $1,566,531.37 **[Docket No. 310, 383]** |
| February 16, 2006 **[Docket No. 403]** | July 1, 2005, through December 31, 2005 | $600,022.06 | $600,022.06 **[Docket No. 429]** |
| June 22, 2006 **[Docket No. 462]** | January 1, 2006 through May 31, 2006 | $290,778.92 | $290,778.92 **[Docket No. 473]** |
| November 21, 2006 **[Docket No. 516]** | June 1, 2006, through October 31, 2006 | $259,757.85 | $259,444.80 **[Docket No. 535]** |

67235741_1

| August 9, 2007 **[Docket No. 612]** | November 1, 2006, through June 30, 2007 | $444,567.54 | $442,496.34 **[Docket No. 621]** |
|---|---|---|---|
| November 30, 2007 **[Docket No. 637]** | July 1, 2007, through October 31, 2007 | $229,856.16 | $225,296.98 **[Docket No. 642]** |
| June 24, 2008 **[Docket No. 659]** | November 1, 2007, through April 30, 2008 | $178,437.91 | $177,073.41 **[Docket No. 664]** |
| November 26, 2008 **[Docket No. 683]** | May 1, 2008 through June 30, 2008 | $133,304.50 | $130,802.00 **[Docket No. 684]** |
| November 9, 2011 **[Docket No. 757]** | July 1, 2008 through September 30, 2008 | $295,468.97 | $303,470.81 **[Docket No. 758]** |
| November 16, 2012 **[Docket No. 770]** | October 1, 2008 through October 31, 2008 | $87,178.42 | $85,679.42 **[Docket No. 771]** |
| September 12, 2013 **[Docket No. 793]** | November 1, 2008 through July 31, 2013 | $1,326,493.80 | $1,196,844.03 **[Docket No. 795]** |
| November 26, 2014 **[Docket No. 826]** | August 1, 2013 through October 31, 2014 | $64,391.56 | $64,391.56 **[Docket No. 833]** |

Dated: August 6, 2015                 **McGuireWoods LLP**

                                             By: /s/ Patricia K. Smoots
                                                    One of its Attorneys

Richard J. Mason, P.C. (ARDC #01787659)
Patricia K. Smoots (ARDC #06194076)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-9100

2