UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                     §
                                           §
BEALE, JOSEPH S                            §    Case No. 04-08748
                                           §
           Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/02/2015 in Courtroom 719,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/05/2015                    By: /s/ Andrew J. Maxwell
                                                              Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BEALE, JOSEPH S § Case No. 04-08748
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 39,846,282.78 |
| and approved disbursements of | $ | 39,672,508.88 |
| leaving a balance on hand of[1] | $ | 173,773.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,049,200.56 | $ 1,018,747.53 | $ 30,453.03 |
| Attorney for Trustee Fees: MCGUIREWOODS LLP | $ 5,216,227.77 | $ 5,208,075.27 | $ 8,152.50 |
| Attorney for Trustee Expenses: MCGUIREWOODS LLP | $ 134,971.08 | $ 134,756.43 | $ 214.65 |
| Accountant for Trustee Fees: PLANTE & MORAN, PLLC | $ 37,438.00 | $ 37,438.00 | $ 0.00 |
| Other: FORENSISGROUP | $ 29,109.60 | $ 29,109.60 | $ 0.00 |
| Other: FORENSISGROUP | $ 3,114.21 | $ 3,114.21 | $ 0.00 |
| Other: LYONS REALTY ADVISORS | $ 96,097.29 | $ 96,097.29 | $ 0.00 |
| Other: STOUT RISIUS ROSS, INC. | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| Other: ADAMS LEVINE | $ 355.13 | $ 355.13 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: AMATA | $ 1,191.30 | $ 1,191.30 | $ 0.00 |
| Other: BENCHMARKDEPO | $ 986.16 | $ 986.16 | $ 0.00 |
| Other: COLLIERS BENNETT & KAHNWEILER | $ 311,780.33 | $ 311,780.33 | $ 0.00 |
| Other: WYCOFF & COMPANY P.C. | $ 24,606.35 | $ 24,606.35 | $ 0.00 |
| Other: NAVIGANT CONSULTING, INC. | $ 61,722.73 | $ 61,722.73 | $ 0.00 |
| Other: RANDALL & KENIG LLP | $ 77,525.00 | $ 77,525.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 20,524.71 | $ 20,524.71 | $ 0.00 |
| Other: DISCOUNT DELIVERY | $ 4.80 | $ 4.80 | $ 0.00 |
| Other: ESQUIRE DEPOSITION SERVICES | $ 250.00 | $ 250.00 | $ 0.00 |
| Other: FEDEX | $ 18.26 | $ 18.26 | $ 0.00 |
| Other: SCHIFF HARDIN LLP | $ 109,682.00 | $ 109,682.00 | $ 0.00 |
| Other: Andrew J Maxwell | $ 39,182.00 | $ 39,182.00 | $ 0.00 |
| Other: Andrew J Maxwell | $ 628.75 | $ 628.75 | $ 0.00 |
| Other: GREGORY A. PAPIERNIK | $ 18,821.75 | $ 18,821.75 | $ 0.00 |
| Other: HORWICH COLEMAN LEVIN, LLC | $ 4,832.50 | $ 4,832.50 | $ 0.00 |
| Other: POPOWCER KATTEN, LTD. | $ 102,896.00 | $ 93,999.00 | $ 8,897.00 |
| Other: POPOWCER KATTEN, LTD. | $ 69.99 | $ 58.99 | $ 11.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 47,728.18 |
| Remaining Balance | $ 126,045.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,790.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,914,455.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Leslie Hindman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Lake Forest Bank and Trust Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Leslie Hindman | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | LSH Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Calyon fka Credit Agricole Indosuez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | Cole Taylor Bank | $ 213,925.92 | $ 12,435.95 | $ 2,090.00 |
| 000007 | Strategy Planning Associates Inc | $ 16,000.00 | $ 930.11 | $ 156.32 |
| 000008 | Flower Bank fsb,Howard Savings, | $ 60,000.00 | $ 3,487.92 | $ 586.18 |
| 000009A | State Of Hawaii | $ 12,679.46 | $ 12,679.46 | $ 0.00 |
| 000010 | Franchise Tax Board | $ 92,368.77 | $ 5,369.58 | $ 902.42 |
| 000011 | MB Financial Bank NA | $ 300,000.00 | $ 17,439.61 | $ 2,930.92 |
| 000012 | Cambridge Partners & Associates Inc | $ 2,708.34 | $ 157.44 | $ 26.46 |
| 000013 | KJL Inc | $ 2,750,000.00 | $ 159,863.09 | $ 26,866.74 |
| 000014 | Amalgamated Bank of Chicago | $ 1,250,000.00 | $ 72,665.04 | $ 12,212.15 |
| 000016 | Heartland Bank | $ 675,000.00 | $ 39,239.12 | $ 6,594.57 |
| 000017 | Mary Q Beale | $ 1,000,000.00 | $ 58,132.03 | $ 9,769.73 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | Jane Rodak | $ 0.00 | $ 0.00 | $ 0.00 |
| 000019 | Revolution Portfolio, LLC | $ 4,360,000.00 | $ 253,455.66 | $ 42,595.99 |
| 000020 | Alvin J. Woolsey | $ 650,000.00 | $ 37,785.82 | $ 6,350.32 |
| 000021 | Jaidev Watumull | $ 0.00 | $ 0.00 | $ 0.00 |
| 000022 | Paiea Properties | $ 0.00 | $ 0.00 | $ 0.00 |
| 000023 | Airport Trade Center LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000024 | Gardner Carton & Douglas LLP | $ 50,000.00 | $ 2,906.60 | $ 488.49 |
| 000025 | Gould & Ratner | $ 900,000.00 | $ 52,318.83 | $ 8,792.75 |
| 000026 | Anita C Kessler | $ 87,500.00 | $ 5,086.55 | $ 854.86 |
| 000028 | Campus Hotels LLC | $ 50,000.00 | $ 2,906.60 | $ 488.49 |
| 000029 | Finance Factors, Ltd. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000030A | Department of the Treasury-Internal | $ 110.88 | $ 110.88 | $ 0.00 |
| 000030B | Department of the Treasury-Internal | $ 438,693.76 | $ 25,502.16 | $ 4,285.91 |
| 00009B | State Of Hawaii | $ 5,468.38 | $ 317.89 | $ 53.42 |

Total to be paid to timely general unsecured creditors                $       126,045.72

Remaining Balance                                                    $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                                                Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 04-08748-BWB
Joseph S Beale                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: cgreen              Page 1 of 9              Date Rcvd: Aug 06, 2015
                             Form ID: pdf006           Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2015.
```
db          +Joseph S Beale,    161 E Chicago Avenue,    Apt 32G,    Chicago, IL 60611-6669
aty         +John F Pollick,    Ross & Hardies,    150 N Michigan Ave Ste 2500,    Chicago, IL 60601-7619
8280978     +Aetna LIfe Insurance Co,    151 Farmington Ave Rd 11,    Hartford, CT 06156-0002
8896473      Airport Trade Center LLC,    c/o Robert Richards,    Sonnenschein Nath & Rosenthal LLP,
              8000 Sears Tower,    Chicago, IL 60606
8894795     +Alvin J. Woolsey,    c/o Dennis Carlin et al,    191 North Wacker Dr Suite 3700,
              Chicago, IL 60606-1615
8373432      Alvin Woolsey,    3031 NE 61st St Apt 106,    Ft Lauderdale, FL 33308
8280979     +Amalgamated Bank,    One West Monroe,    Chicago, IL 60603-5384
8877875     +Amalgamated Bank of Chicago,    Michael L Molinaro,    Neal Gerger & Eisenberg LLP,
              2 North LaSalle Street,    Chicago, IL 60602-3882
8899422     +Andrew J Maxwell,    105 W Adams Street,    Suite 3200,    Chicago, IL 60603-6209
8373430     +Anita C Kessler,    c/o Dilks & Knopik, LLC,    35308 SE Center Street,
              Snoqualmie, WA 98065-9216
8280980     +Bankers Bank,    7700 Mineral Point Rd suite 310,    Madison, WI 53717-1694
8624773     +Calyon fka Credit Agricole Indosuez,    c/o William J McKenna/Jill L Murch,
              Foley & Lardner LLP,    321 N Clark St  Ste 2800,    Chicago, IL 60654-5313
8824489     +Cambridge Partners & Associates Inc,    500 N Plum Grove Road,    Palatine, IL 60067-3598,
              Attn: N. Lemperis
9497781     +Campus Hotels LLC,    E Baker Jenner Jr,    823 Knightsbridge Court,    Lake Forest, IL 60045-4903
8280977      Clyde Kaneshiro,    919 Kealohi Place,    Honolulu, HI 96806
8280962      Cole Taylor Bank,    PO Box 88481,    Chicago, IL 60680-1481
8646649     +Cole Taylor Bank,    c/o Tina M Jacobs/Jones & Jacobs,    77 West Washington Street Suite 2100,
              Chicago, Illinois 60602-2903
8280966     +Commerical Loan Corporation,    C/O Richard Fogel Trustee,    321 N Clark St Ste 800,
              Chicago, IL 60654-4766
8370856     +Community Bank of Wheaton,    357 Roosevelt Rd,    Glen Ellyn, IL 60137-5644
8280960     +Credit Agricole,    666 Third Ave 10th Fl,    New York, NY 10017-4046
8280965     +Dr Won Loh,    1431 Wilderness Drive,    Shererville, IN 46375-2903
10546068    +Finance Factors, Ltd.,    Steven Christenholz,    DLA Piper Rudnick Gray Cary US LLP,
              203 N. LaSalle Street, Suite 1900,    Chicago, IL 60601-1263
8280961     +First Hawaiian Bank,    999 Bishop St 9th Fl,    Honolulu, HI 96813-4424
11512944    +Flower Bank fsb; Howard Savings; Harvard Savings,     c/o Flower Bank, fsb,    c/o Alan B. Horn,
              538 Broadhollow Road,    Melville, New York 11747-3676
8280963      Franchise Tax Board,    PO Box 2952,    Sacramento, CA 95812-2952.
11016010     Franchise Tax Board,    Special Procedures,    POB 2952,    Sacramento, CA 95812-2952
8896672      Gardner Carton & Douglas LLP,    c/o Dennis Carlin,    192 North Wacker Dr., Suite 3700,
              Chicago, IL 60606
8897227     +Gould & Ratner,    c/o Mark Leipold,    222 N LaSalle Street,    Eigth Floor,
              Chicago, IL 60601-1003
8280968     +Heartland Bank,    c/o Spencer P. Desai,    7733 Forsyth Boulevard, Suite 2075,
              St. Louis, MO 63105-1806
8894966     +Jaidev Watumull,    c/o Jerrold K Gubien ESQ,    Reinwald O'Connor & Playdon,
              733 Bishop Street Suite 2400,    Honolulu, HI 96813-4070
8893440     +Jane Rodak,    Abe Brustein, DiMonte & Lizak,    216 W Higgins Rd,    Park Ridge, IL 60068-5706
8456530     +John M Sheldon,    Shaw Gussis Fishman Glantz,    Wolfson & Towbin LLC,
              321 North Clark Street Suite 800,    Chicago IL 60654-4766
8373433     +KJL Inc,    45  N King St suite 600,    Honolulu, HI 96817-5649,    RE: 76 N King
8600863      LSH Inc,    c/o Leslie Hindman,    122 North Arberdeen,    Chicago IL 60607-2004
8365977     +Lake Forest Bank & Trust Company,    c/o David J Letvin,    Letvit & Stein,
              541 North Fairbanks Court  Suite 2121,    Chicago, IL 60611-3710
8280969     +Lake Forest Bank and Trust,    727 N Bank Lane,    Lake Forest, IL 60045-1898
8437471     +Lake Forest Bank and Trust Company,    c/o Levin & Stein,    541 North Fairbanks Court suite 2121,
              Chicago, IL 60611-3710
8280970     +Lenders Bank,    PO Box 3516,    Oak Brook, IL 60522-3516
8309669     +Leslie Hindman,    122 North Aberdeen,    Chicago, IL 60607-2004
8280971     +Lutheran Brotherhood,    Mid North Financial,    205 W Wacker Drive suite 202,
              Chicago, IL 60606-1282
8280972     +MB Financial Bank,    1200 North Ashland,    Chicago, IL 60622-2259
8799957     +MB Financial Bank NA,    c/o Robert W Glantz,    321 N Clark Street Suite 800,
              Chicago, Illinois 60654-4766
8280976     +Mary Beale,    22 Kimberwick Court,    Chagrin Falls, OH 44022-4175
8892939     +Mary Q Beale,    c/o Mark E Shure/Keating & Shure Ltd,    150 N Wacker Dr  #1550,
              Chicago, IL 60606-1656
8280973     +Mid-North Financial,    205 W Wacker Drive suite 202,    Chicago, IL 60606-1282
8895067      Paiea Properties,    800 Sears Tower,    Chicago, IL 60606
8894412     +Revolution Portfolio, LLC,    c/o Union Financial Corporation,    5510 Edson Lane,
              Rockville, MD 20852-3135
8373431     +Revolution Properties,    550-590 Paiea St,    Honolulu, HI 96819-1856
8456529     +Robert W Glantz,    Shaw Gussis Fishman Glantz,    Wolfson & Towbin LLC,
              321 North Clark Street Suite 800,    Chciago IL 60654-4766
8281001      Ronald S Ratner,    122 N LaSalle St suite 800,    Chicago, IL 60601
10638595     Sonnenschein Nath & Rosenthal LLP,    Robert E Richards,    Jerome M Davis,    7800 S Wacker Drive,
              Chicago, IL 60606
```

```
District/off: 0752-1                  User: cgreen                  Page 2 of 9                  Date Rcvd: Aug 06, 2015
                                      Form ID: pdf006               Total Noticed: 58


8280975        +Special Assets,    166 W Washington Suite 600,    Chicago, IL 60602-3596
8726207       +++State Of Hawaii,    P O Box 259,    Honolulu, HI 96809-0259
8280964        +State of Hawaii,    Dept of Taxation,    PO Box 1425,    Honolulu, HI 96806-1425
8691960        +Strategy Planning Associates Inc,    c/o Marc S Lipinski,    29 S. LaSalle Street Suite 1210,
                 Chicago, Illinois 60603-1520
8280974       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   US Bank,    formerly First Bank,    PO Box 64849,    ST Paul, MN 55164)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8281000         E-mail/Text: cio.bncmail@irs.gov Aug 07 2015 00:24:15
                 Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                 P O Box 21126,   Philadelphia, PA 19114
8884369        +E-mail/Text: Ebrooks@mcguirewoods.com Aug 07 2015 00:23:58       McGuire Wood LLP,
                 c/o Richard J Mason Drive,    77 W Wacker Drive Suite 4100,    Chicago, IL 60601-1818
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Gregory A Papiernik
8280967*       +First Hawaiian Bank,    999 Bishop St 9th Fl,    Honolulu, HI 96813-4424
10571212*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
aty            ##+Levin & Brend P C,    20 N Wacker Dr,    #2920,   Chicago, Il 60606-3101
                                                                                               TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2015 at the address(es) listed below:
         Aaron B Chapin    on behalf of Creditor T Gregory Kemp achapin@reedsmith.com
         Aaron B Chapin    on behalf of Creditor    Airport Trade Center, LLC achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant    Paiea Holdings, Inc. achapin@reedsmith.com
         Aaron B Chapin    on behalf of Creditor    TGK Investments, LLC achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant    Airport Trade Center LLC achapin@reedsmith.com
         Aaron B Chapin    on behalf of Creditor    Paiea Holdings, Inc. achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant    JPPM Investments, LLC achapin@reedsmith.com
         Aaron B Chapin    on behalf of Creditor    Paiea Properties achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant Jon T. Miho achapin@reedsmith.com
         Aaron B Chapin    on behalf of Creditor    PLP Holdings, Inc. achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant    Nimitz-Paiea, Inc. achapin@reedsmith.com
         Aaron B Chapin    on behalf of Creditor    JPPM Investments, LLC achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant Greg  Kemp achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant T. Gregory Kemp achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant    TGK Investments, LLC achapin@reedsmith.com
         Aaron B Chapin    on behalf of Creditor    Nimitz-Paiea, Inc. achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant    Paiea Properties achapin@reedsmith.com
         Aaron B Chapin    on behalf of Defendant    PLP Holdings, Inc. achapin@reedsmith.com
         Aaron B Chapin    on behalf of Creditor Jon T. Miho achapin@reedsmith.com
         Abraham  Brustein, ESQ    on behalf of Defendant    The Hastings Corporation
          abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
```

```
District/off: 0752-1           User: cgreen                Page 3 of 9                   Date Rcvd: Aug 06, 2015
                               Form ID: pdf006             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Abraham  Brustein, ESQ    on behalf of Defendant Jane  Rodak abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
        Abraham  Brustein, ESQ    on behalf of Defendant Jeff  Lynch abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
        Abraham  Brustein, ESQ    on behalf of Defendant    Salvage One, Inc. abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
        Abraham  Brustein, ESQ    on behalf of Interested Party Jane  Rodak abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
        Andrew J Maxwell    on behalf of Defendant    Nimitz Partners, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    CIPWEX, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    RERC Environmental, Inc. maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Clind Holdings, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    William Street Capital Markets, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Salvage One, Inc. maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    HRG-Special Assets Inc maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Paiea Holdings, Inc. maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Battleaxe LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Wayne Street Investments, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    2101 Gardner, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    2141 South Jefferson, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    DT-12 Limited Partnership maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    WECA LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Hawthorn-Hawai Holdings maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Hawthorne Reality Group (Hawai) Inc maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Beale Family Limited Partnership maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    RERC/PALMET, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    3100 Corporation maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    Hawthorn Reality Group Inc maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
        Andrew J Maxwell    on behalf of Defendant    GSPI Acquisition LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

```
District/off: 0752-1               User: cgreen              Page 4 of 9               Date Rcvd: Aug 06, 2015
                                   Form ID: pdf006           Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Andrew J Maxwell    on behalf of Defendant   RERC Capital Markets, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Euclid Center LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Airport Inn Partners, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Euclid Associates LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Palmet Management LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Airport Inn Partners maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Hawthorn Hotel Management Corporation maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Alchemy Realty LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   AWE Properties, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   BEBAD LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   KBG Limited Partnership maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Central Enterprises, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Clip, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   7200 Corporation maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   JSB Napa Inc (California) maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Joseph Stevenson Beale HawaiiTrust maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   M/S Land, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   KXE LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   STM General Partnership maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Plaintiff  Andrew J Maxwell maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Righteous Jefferson II maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   6300 Howard LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   JSB Napa INC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Real Estate Research Corporation maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

          Andrew J Maxwell    on behalf of Defendant   Paiea Properties maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

```
District/off: 0752-1          User: cgreen              Page 5 of 9              Date Rcvd: Aug 06, 2015
                              Form ID: pdf006           Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Andrew J Maxwell    on behalf of Defendant    76 North King Limited Partnership maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Interior Development Inc maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Cork City Productions LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Chicago Industrial Partners, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    The Hastings Corporation maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    AJW NAPA, Inc. maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    SC Paiea maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Grace Business Developement Corporation maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Righteous Jefferson, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    VKAM/PALMET, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    BAD I, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Midwest Hotel Associates LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Wayne Street 2001, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Elston Howard, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Nimitz Industrial Holdings Limited Partnership maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Alchemy 2141, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    All Cylinders, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Nimitz-Paiea, Inc. maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Cengar LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Calyon fka Credit Agricole Indosuez maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    JSB Corp maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Alchemy 2001, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    CIP, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com
      Andrew J Maxwell    on behalf of Defendant    Lazarus Rising LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

```
District/off: 0752-1           User: cgreen              Page 6 of 9                  Date Rcvd: Aug 06, 2015
                               Form ID: pdf006           Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Andrew J Maxwell    on behalf of Defendant    JST & Associates Inc maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    Nimitz Associates, Ltd. maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    CJW I Corp maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    Palmet Venture, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    West Side Properties No. 1 Limited Partnership maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    Piety Resolve, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    PLP Holdings, Inc. maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    Hawthorn Management Company maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    JFJ maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    Adlake Building, LLC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    JSBLSH INC maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    3207 North Nimitz Highway Joint Venture maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell    on behalf of Defendant    Limited Partnership maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com

        Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_trustee@hotmail.com

        Ann E Pille    on behalf of Creditor    Finance Factors, Inc. ann.pille@dlapiper.com, apille@reedsmith.com

        Anthony C. Campanale    on behalf of Defendant    Yong Shing Wholesale Trading accampanale@acclaw.com

        Christopher B Lega    on behalf of Petitioning Creditor    Revolution Portfolio LLC chrislega@gmail.com, chrislega@gmail.com

        Daniel A Zazove    on behalf of Creditor    K J L Inc docketchi@perkinscoie.com

        Daniel A Zazove    on behalf of Defendant    KJL, Inc. docketchi@perkinscoie.com

        David E Cohen    on behalf of Creditor John E O'Malley dcohen@fishercohen.com

        David J Letvin    on behalf of Creditor    Lake Forest Bank & Trust Company davidletvin@aol.com

        David J Letvin    on behalf of Defendant    Lake Forest Bank & Trust Company davidletvin@aol.com

        David M Neff    on behalf of Creditor Anita C Kessler dneff@perkinscoie.com, nsaldinger@perkinscoie.com

        David P Leibowitz, ESQ    on behalf of Interested Party Terry  Upton dleibowitz@lakelaw.com, czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com

        David R Herzog    on behalf of Creditor Anita C Kessler drhlaw@mindspring.com, herzogschwartz.gmail@gmail.com

        Deborah L. Thorne    on behalf of Creditor Robert  King dthorne@btlaw.com,  jbennett@btlaw.com

        Deborah L. Thorne    on behalf of Creditor Graham  King dthorne@btlaw.com,  jbennett@btlaw.com

        Deborah L. Thorne    on behalf of Creditor David  Hutchinson dthorne@btlaw.com,  jbennett@btlaw.com

        Deborah L. Thorne    on behalf of Creditor Robert  Bowers dthorne@btlaw.com,  jbennett@btlaw.com

        Deborah L. Thorne    on behalf of Creditor Steven  Bandolik dthorne@btlaw.com,  jbennett@btlaw.com

        Dennis E. Quaid    on behalf of Defendant Jaidev  Watumull dquaid@tcfhlaw.com

        Edward J. Halper    on behalf of Creditor    Harvard Savings Bank ehalper@shefskylaw.com, sfdocket@shefskylaw.com

        Edward J. Halper    on behalf of Defendant    Harvard Savings Bank ehalper@shefskylaw.com, sfdocket@shefskylaw.com

        Erich S Buck    on behalf of Creditor    Paiea Holdings, Inc. ebuck@reedsmith.com,  lhope@ag-ltd.com

        Erich S Buck    on behalf of Creditor    Airport Trade Center, LLC ebuck@reedsmith.com, lhope@ag-ltd.com

        Erich S Buck    on behalf of Creditor    Paiea Properties ebuck@reedsmith.com,  lhope@ag-ltd.com

        Erich S Buck    on behalf of Creditor    Airport Trade Center LLC ebuck@reedsmith.com, lhope@ag-ltd.com

```
District/off: 0752-1          User: cgreen                 Page 7 of 9                  Date Rcvd: Aug 06, 2015
                              Form ID: pdf006              Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Erich S Buck   on behalf of Defendant   Paiea Holdings, Inc. ebuck@reedsmith.com, lhope@ag-ltd.com
          Erich S Buck   on behalf of Creditor   PLP Holdings, Inc. ebuck@reedsmith.com, lhope@ag-ltd.com
          Erich S Buck   on behalf of Defendant   PLP Holdings, Inc. ebuck@reedsmith.com, lhope@ag-ltd.com
          Erich S Buck   on behalf of Defendant   Paiea Properties ebuck@reedsmith.com, lhope@ag-ltd.com
          Erich S Buck   on behalf of Defendant   Nimitz-Paiea, Inc. ebuck@reedsmith.com, lhope@ag-ltd.com
          Erich S Buck   on behalf of Creditor   Nimitz-Paiea, Inc. ebuck@reedsmith.com, lhope@ag-ltd.com
          Harold L Moskowitz   on behalf of Creditor   Louis C. Waddle, Individually and as Managing Member of Certain Business Entities et al. hlmatty@aol.com
          Jamie J Teich   on behalf of Plaintiff   MB Finanical Bank N. A. jjt@teichlaw.com
          Janice A Alwin   on behalf of Creditor David   Arnburg janice@oakpointpartners.com, jake@oakpointpartners.com;david@oakpointpartners.com
          Jeffrey D Ganz   on behalf of Petitioning Creditor   Revolution Portfolio LLC , saguado@riemerlaw.com
          Jeffrey M Schwartz   on behalf of Defendant   DT-12 Limited Partnership jschwartz@muchshelist.com, nsulak@muchshelist.com
          Jeffrey M Schwartz   on behalf of Defendant   AJW NAPA, Inc. jschwartz@muchshelist.com, nsulak@muchshelist.com
          Jeffrey M Schwartz   on behalf of Defendant   DT-11 Limited Partnership jschwartz@muchshelist.com, nsulak@muchshelist.com
          Jill L Nicholson   on behalf of Creditor   Calyon fka Credit Agricole Indosuez jnicholson@foley.com
          Jill L Nicholson   on behalf of Creditor   Credit Agricole Indosuez jnicholson@foley.com
          John F. Pollick   on behalf of Plaintiff Andrew J Maxwell jpollick@mcguirewoods.com
          Julia Jensen Smolka   on behalf of Interested Party Jane   Rodak jjensen@dimonteandlizak.com
          Keevan D. Morgan   on behalf of Creditor Sally   Reynolds kmorgan@morganandbleylimited.com
          Kevin C. Driscoll   on behalf of Creditor Steven   Bandolik kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
          Kevin C. Driscoll   on behalf of Creditor Robert   Bowers kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
          Kevin C. Driscoll   on behalf of Creditor Graham   King kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
          Kevin C. Driscoll   on behalf of Creditor Robert   King kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
          Kevin C. Driscoll   on behalf of Creditor David   Hutchinson kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
          Konstantine T. Sparagis   on behalf of Creditor Sally   Reynolds gsparagi@yahoo.com, Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
          Lawrence D Mishkin   on behalf of Defendant   JBC Associates , mdvoskin@sandmlegal.com
          Lucy Romo   on behalf of Defendant   Yong Shing Wholesale Trading lromo@acclaw.com
          Marc S Lipinski   on behalf of Petitioning Creditor   Strategy Planning Associates Inc mlipinski@khl-law.com
          Mark Melickian   on behalf of Defendant   DT-12 Limited Partnership mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
          Mark Melickian   on behalf of Defendant   DT-11 Limited Partnership mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
          Mark Melickian   on behalf of Defendant   AJW NAPA, Inc. mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
          Mark Melickian   on behalf of Interim Trustee Andrew J Maxwell mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
          Mason N Floyd   on behalf of Defendant   Wayne Street Investments, LLC floyd@mbsrhlaw.com, bauer@mbsrhlaw.com
          Michael B Weininger   on behalf of Defendant   Euclid Center LLC mweininger@lw-llp.com, cpotter@lw-llp.com
          Michael B Weininger   on behalf of Defendant   6300 Howard LLC mweininger@lw-llp.com, cpotter@lw-llp.com
          Michael M Schmahl   on behalf of Defendant Andrew J Maxwell mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Plaintiff Andrew J. Maxwell mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Plaintiff   Andrew J. Maxwell, Trustee mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Consultant   Lyons Realty Advisors mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Trustee Andrew J Maxwell, ESQ mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Attorney   McGuireWoods LLC mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Plaintiff   Andrew J Maxwell, Trustee mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Plaintiff Andrew J Maxwell mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Interim Trustee Andrew J Maxwell mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Michael M Schmahl   on behalf of Plaintiff Andrew J Maxwell, ESQ mschmahl@pollickschmahl.com, mmsfiling@gmail.com
          Monika J. Machen   on behalf of Counter-Claimant   William Street Hotel Associates, LLC mmachen@polsinelli.com

```
District/off: 0752-1          User: cgreen                 Page 8 of 9                  Date Rcvd: Aug 06, 2015
                              Form ID: pdf006              Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Monika J. Machen    on behalf of Plaintiff Robert  Woolley mmachen@polsinelli.com
              Monika J. Machen    on behalf of Plaintiff   Woolley Hotel Company mmachen@polsinelli.com
              Monika J. Machen    on behalf of Defendant Seymour  Svirsky mmachen@polsinelli.com
              Monika J. Machen    on behalf of Defendant   William Street Hotel Associates, LLC
               mmachen@polsinelli.com
              Monika J. Machen    on behalf of Defendant Robert  Woolley mmachen@polsinelli.com
              Monika J. Machen    on behalf of Interested Party   Woolley Hotel Company, Williams Street Hotel
               Associates and Robert Woolley mmachen@polsinelli.com
              Neal H Levin    on behalf of Petitioning Creditor   Corporate Risk International
               nhlevin@freeborn.com, kpaige@freeborn.com;bkdocketing@freeborn.com
              Neal H Levin    on behalf of Defendant   Revolution Portfolio LLC nhlevin@freeborn.com,
               kpaige@freeborn.com;bkdocketing@freeborn.com
              Neal H Levin    on behalf of Petitioning Creditor   Revolution Portfolio LLC nhlevin@freeborn.com,
               kpaige@freeborn.com;bkdocketing@freeborn.com
              Neal H Levin    on behalf of Petitioning Creditor   Cambridge Partners & Associates Inc
               nhlevin@freeborn.com, kpaige@freeborn.com;bkdocketing@freeborn.com
              Patricia K. Smoots    on behalf of Creditor   Wycoff & Company psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Plaintiff Andrew J. Maxwell psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Plaintiff   Andrew J Maxwell, Trustee psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Attorney   McGuireWoods LLC psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Plaintiff Andrew J Maxwell psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Trustee Andrew J Maxwell, ESQ psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Interim Trustee Andrew J Maxwell psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Plaintiff Andrew J Maxwell, ESQ psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Defendant Andrew J Maxwell psmoots@mcguirewoods.com
              Patricia K. Smoots    on behalf of Plaintiff   Andrew J. Maxwell, Trustee psmoots@mcguirewoods.com
              Patrick A Clisham    on behalf of Defendant   MB Financial Bank, N.A. patrickclisham@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul  Catanese    on behalf of Plaintiff Andrew J Maxwell pcatanese@mcguirewoods.com,
               docket@mcguirewoods.com
              Paul  Catanese    on behalf of Attorney   McGuireWoods LLC pcatanese@mcguirewoods.com,
               docket@mcguirewoods.com
              Paul  Catanese    on behalf of Trustee Andrew J Maxwell, ESQ pcatanese@mcguirewoods.com,
               docket@mcguirewoods.com
              Paul  Catanese    on behalf of Creditor    Wycoff & Company pcatanese@mcguirewoods.com,
               docket@mcguirewoods.com
              Pia N Thompson    on behalf of Defendant   Nimitz-Paiea, Inc. pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Plaintiff   Woolley Hotel Company pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant   Paiea Properties pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Creditor   Paiea Properties pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Creditor T Gregory Kemp pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant   PLP Holdings, Inc. pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant T. Gregory Kemp pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Creditor   Airport Trade Center LLC pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant   JPPM Investments, LLC pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Creditor   Paiea Holdings, Inc. pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Creditor   Airport Trade Center, LLC pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Creditor   Nimitz-Paiea, Inc. pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant Jon T. Miho pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Creditor   PLP Holdings, Inc. pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant Greg  Kemp pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant   Paiea Holdings, Inc. pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant   TGK Investments, LLC pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Plaintiff Robert  Woolley pthompson@gouldratner.com,
               bburns@gouldratner.com
              Pia N Thompson    on behalf of Defendant   Airport Trade Center LLC pthompson@gouldratner.com,
               bburns@gouldratner.com
              Richard A. Saldinger    on behalf of Defendant   MB Financial Bank, N.A.
               rsaldinger@shawfishman.com, msalazar@shawfishman.com
              Richard C Friedman    on behalf of U.S. Trustee Patrick S Layng rcfwilmette@gmail.com

```
District/off: 0752-1          User: cgreen              Page 9 of 9                  Date Rcvd: Aug 06, 2015
                              Form ID: pdf006           Total Noticed: 58


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard J Mason    on behalf of Plaintiff Andrew J. Maxwell rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    on behalf of Plaintiff Andrew J Maxwell rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    on behalf of Trustee Andrew J Maxwell, ESQ rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    on behalf of Plaintiff    Andrew J. Maxwell, Trustee rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    on behalf of Interim Trustee Andrew J Maxwell rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    on behalf of Plaintiff Andrew J Maxwell, ESQ rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    on behalf of Plaintiff    Andrew J Maxwell, Trustee rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Robert E Richards    on behalf of Interested Party    Woolley Hotel Company, Williams Street Hotel
               Associates and Robert Woolley robert.richards@dentons.com,   NDIL_ECF@dentons.com
              Robert E Richards    on behalf of Defendant Seymour   Svirsky robert.richards@dentons.com,
               NDIL_ECF@dentons.com
              Robert E Richards    on behalf of Defendant    William Street Hotel Associates, LLC
               robert.richards@dentons.com,   NDIL_ECF@dentons.com
              Robert E Richards    on behalf of Defendant Robert   Woolley robert.richards@dentons.com,
               NDIL_ECF@dentons.com
              Robert E Richards    on behalf of Plaintiff    Woolley Hotel Company robert.richards@dentons.com,
               NDIL_ECF@dentons.com
              Robert E Richards    on behalf of Plaintiff Robert   Woolley robert.richards@dentons.com,
               NDIL_ECF@dentons.com
              Robert E Richards    on behalf of Creditor T Gregory Kemp robert.richards@dentons.com,
               NDIL_ECF@dentons.com
              Robert E Richards    on behalf of Creditor    Airport Trade Center LLC robert.richards@dentons.com,
               NDIL_ECF@dentons.com
              Roger J. Higgins    on behalf of Creditor David G. Elmore rhiggins@rogerhigginslaw.com
              Sara E Lorber    on behalf of Defendant    Commerical Loan Corp slorber@wfactorlaw.com,
               slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
              Scott R Clar    on behalf of Defendant Joseph S Beale sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Scott R Clar    on behalf of Debtor Joseph S Beale sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Sheila C Zeller    on behalf of Petitioning Creditor    Revolution Portfolio LLC
               szeller@freebornpeters.com
              Sheila C Zeller    on behalf of Defendant    Revolution Portfolio LLC szeller@freebornpeters.com
              Spencer P Desai    on behalf of Creditor    Heartland Bank sdesai@desailawfirmllc.com,
               whickey@desailawfirmllc.com
              Steven J Christenholz    on behalf of Creditor    Finance Factors, Inc.
               steven.christenholz@dlapiper.com
              Steven R Radtke    on behalf of Creditor    Flower Bank, FSB sradtke@chillchillradtke.com
              Steven R Radtke    on behalf of Defendant    Flower Bank, FSB sradtke@chillchillradtke.com
              Synde B. Keywell    on behalf of Creditor    Amalgamated Bank Of Chicago skeywell@keywell-law.com,
               jthomas@nslaw.net
              Synde B. Keywell    on behalf of Defendant    Amalgamated Bank Of Chicago skeywell@keywell-law.com,
               jthomas@nslaw.net
              Thomas Wilson Waters    on behalf of Defendant    Lincoln State Bank thomaswaters@msn.com
              Thomas Wilson Waters    on behalf of Creditor    Howard Savings Bank thomaswaters@msn.com
              Thomas Wilson Waters    on behalf of Defendant    West Town Savings Bank thomaswaters@msn.com
              Thomas Wilson Waters    on behalf of Defendant    Howard Savings Bank thomaswaters@msn.com
              Timothy C. Culbertson    on behalf of Creditor Sally   Reynolds tcculb@yahoo.com,  tcculb@gmail.com
              Tina M. Jacobs    on behalf of Creditor    Cole Taylor Bank tjacobs@jacobsandpinta.com
              Vikram R Barad    on behalf of Plaintiff Andrew J Maxwell vbarad@maxwellandpotts.com
              Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
              William J McKenna    on behalf of Creditor    Credit Agricole Indosuez wmckenna@foley.com,
               thardy@foley.com;khall@foley.com
                                                                                             TOTAL: 259
```