UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: ) Chapter 7
    Joseph S. Beale, ) Case No: 04 B 08748
) Honorable Bruce W. Black
    Debtor )

**Findings of Fact and Conclusions of Law in Support of Order Awarding to McGuireWoods LLP , Attorneys for the Trustee, for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period of
November 1, 2014 through April 30, 2015**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $ 8,152.50 | Total Costs Requested: | $ 214.65 |
| Fees Disallowed: | $ 1,550.00 | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $ 6,602.50 | Total Costs Allowed: | $ 214.65 |

Total Fees and Costs Allowed:     $ 6,817.15

THE COURT HAS IDENTIFIED THE ATTACHED NOTED TIME AND EXPENSE
ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)  Unreasonable Time**
The Court denies the allowance in part of compensation for the following task because the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project...An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987):

12/17/14 Court appearance before Judge Black (allowed at .3)       $ 375.00

**(3)  Trustee Work Can Not Be Compensated As Professional Services**
"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation."*Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988):

| | |
|---|---|
| 11/17/14 Prepare narrative for trustee's compensation application | $ 500.00 |
| 11/24/14 Revise application for Trustee's statutory compensation | $ 187.50 |
| 11/25/14 Revising motion regarding interim compensation for Trustee | $ 362.50 |
| 11/25/14 Telephone conference w/Trustee regarding Trustee's fee application | $ 125.00 |

1

**McGuireWoods LLP** is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated: 9/2/2015

Entered:

Bruce W. Black
United States Bankruptcy Court