UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:   04-08748
JOSEPH S. BEALE,  )
 )
 )   Chapter:  7
 )
 )   Honorable Bruce W. Black
 )
 )
Debtor(s)  )

## FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MCGUIREWOODS LLP AS COUNSEL TO THE TRUSTEE

This Cause having been heard by the Court on the Final Application (the "Final Application") of McGuireWoods LLP ("McGuireWoods") for Approval of Compensation and Reimbursement of Expenses as Counsel to the Trustee and for Allowance and Payment of Compensation and Reimbursement of Expenses [Docket No. 847]; and the Court having partially addressed the requests for relief described in the Final Application by allowed compensation and expenses for the Period November 1, 2014 through April 30, 2015 (the "Most Recent Compensation Period"), pursuant to an Order entered September 2, 2015 [Docket No. 855] (the "September 2, 2015 Order"); and the Court now addressing McGuireWoods' request that the Previously Awarded Interim Compensation and Expense Reimbursements allowed in the Interim Compensation Orders be made final.

IT IS HEREBY ORDERED THAT:*

1. The notice described in the Final Application was adequate and appropriate under the circumstances;

2. McGuireWoods' Previously Awarded Interim Compensation and Expense Reimbursements, as reflected in the Interim Compensation Orders and the compensation and expense awards in the September 2, 2015 Order, are each and all finally allowed; and the Interim Compensation Orders and the September 2, 2015 Order previously entered by this Court are hereby deemed final.

Enter:

*/s/ Bruce W. Black*

Dated: 2/2/16

United States Bankruptcy Judge

**Prepared by:**
Patricia K. Smoots (ARDC# 06194076)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
312/849-8100

Rev: 20151029_bko